# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2440
_____

EUGENE SMITH,

   Appellant,

   v.

REGINALD BRUSTER, in his
individual and official capacity;
and HABITAT FOR HUMANITY,

   Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

September 18, 2018

PER CURIAM.

   AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Eugene Smith, pro se, Appellant.

Jason Vail of Jolly, Peterson & Truckenbrod, P.A., Tallahassee, for Appellees.